United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. RONALD J. HEDGES |
| v. | : | **CRIMINAL COMPLAINT** |
| ROBERT J. DESARO | : | Mag. No. 06-6053 |

I, Raymond Romano, Jr., the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 27, 2006, in Hudson County, in the District of New Jersey and elsewhere, defendant did:

knowingly and willfully obstruct and retard the passage of mail

in violation of Title 18, United States Code, Sections 1701.

I further state that I am a Postal Inspector with the United States Postal Inspection Service and that this complaint is based on the following facts:

SEE ATTACHMENT A

_____
Raymond Romano, Jr.
Postal Inspector
US Postal Inspection Service

Sworn to before me and
subscribed in my presence,

April 10, 2006                    at     Newark, New Jersey
Date                                      City and State

Honorable Ronald J. Hedges
United States Magistrate Judge          Signature of Judicial Officer

ATTACHMENT A

I, Raymond Romano, Jr., am a Postal Inspector with the United States Postal Inspection Service. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. In or about February of 2006, Robert J. Desaro, (hereafter the "Defendant"), was working as a United States Postal employee at the New Jersey International Bulk Mail Center in Jersey City, New Jersey.

2. On February 27, 2006 Postal Inspectors caused four parcels containing DVDs to be placed in the U.S. Mail, near Bay 25, a particular location for outgoing mail in the New Jersey International Bulk Mail Center. Postal Inspectors observed the Defendant take the four parcels into Bay 25. Inspectors observed the Defendant walking away from Bay 25 and also observed the Defendant putting three DVDs under his coat. Postal Inspectors immediately went into Bay 25 and recovered three of the test parcels in an opened and rifled condition.

3. The Defendant was immediately approached by the Postal Inspectors and the Defendant gave the Postal Inspectors the three DVDs hidden under his coat. Postal Inspectors identified the DVDs as coming from the test parcels.