2007R0433

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. MICHAEL A. SHIPP |
| v. | : | Magistrate No. 06-6053 |
| ROBERT J. DESARO | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses Complaint No. 06-6053 against Robert J. Desaro, charging him with obstructing and retarding the passage of mail, in violation of Title 18, United States Code, Section 1701, because prosecution of defendant Robert J. Desaro was deferred under the terms of a pretrial diversion agreement.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE MICHAEL A. SHIPP
United States Magistrate Judge

Date: 10/7/08